

KATHLEEN A. LEAVITT  
Chapter 13 Bankruptcy Trustee  
District Of Nevada  
201 Las Vegas Blvd South, Suite 200  
LAS VEGAS, NEVADA 89101  
(702) 853-0700  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:   ANNETTE MADDOX  
      7940 SIERRA RIM DRIVE  
      LAS VEGAS, NV 89131  

BK-S-06-11326-BAM  
Chapter 13  

### NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| 18 | Columbia Credit Services Inc/For MB<br>1731 Howe Avenue #360<br>Sacramento, CA  95825 | | $4437.59 |
| | Total | | $4437.59 |

*Kathleen A. Leavitt, Trustee*   Date: AUG 16 2011  
Kathleen A. Leavitt  
Chapter 13 Bankruptcy Trustee  

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check

CC:   Annette Maddox  
      Andrew S.T. Fritz, LTD  

rcpt # 203551              $ 4437.59